UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:20-cr-322-FDW |
| v. | ) | |
| | ) | |
| (2) WANDA JACKSON BARKER | ) | |
| (3) OLAYINKA AGBOOLA | ) | **ORDER ON MOTION TO DISMISS** |
|    a/k/a OLAKUNLE AGBOOLA | ) | **INDICTMENT** |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case, as to defendant Wanda Jackson Barker and Olayinka Agboola, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: February 18, 2022

Frank D. Whitney
United States District Judge